IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT ALAN HECKER,

        Petitioner,               No. CIV S-07-0679 WBS KJM P

    vs.

SUE HUBBARD, et al.,

        Respondents.        <u>ORDER</u>

                                /

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with a request to proceed in forma pauperis.

        The application attacks a conviction issued by the Superior Court of San Bernardino County. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see <u>Braden v. 30th Judicial Circuit Court</u>, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Bernardino County. <u>Id.</u> at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

1

1       Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that:

2       1. This court has not ruled on petitioner's application to proceed in forma
3  pauperis; and

4       2. This matter is transferred to the United States District Court for the Central
5  District of California.

6  DATED: April 24, 2007.

    _____
    U.S. MAGISTRATE JUDGE

9  1
   heck0679.108

2